1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | CRAIG YATES, an individual; and          ) | CASE NO. C07-3033-EDL
   | DISABILITY RIGHTS ENFORCEMENT,           ) |
12 | EDUCATION, SERVICES: HELPING             ) | RETURN OF SERVICE RE DEFENDANT
   | YOU HELP OTHERS, a California public     ) | SALVADOR A. VARGAS
13 | benefit corporation,                     ) |
   |         Plaintiffs,                      ) |
14 |                                          ) |
   | v.                                       ) |
15 |                                          ) |
   | EL SOMBRERO; AGNES R. REEVES, as         ) |
16 | trustee for BEULAH MASTERSON;            ) |
   | SALVADOR A. VARGAS, an individual        ) |
17 | dba EL SOMBRERO;                         ) |
   |                                          ) |
18 |                                          ) |
   |         Defendants.                      ) |
19 |                                          ) |

28 RETURN OF SERVICE RE DEFENDANT SALVADOR A. VARGAS

1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600    FAX No 415-674-9900 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: EL SOMBRERO, et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3033 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:                                SALVADOR A. VARGAS

4. Address where the party was served:    2101 UNIVERSITY AVENUE
                                            BERKELEY, CA 94704

5. I served the party:
   b by substituted service. On: Thu., Aug. 09, 2007 at: 5:20PM by leaving the copies with or in the presence of:
       JOSE "DOE", EMPLOYEE, Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 140 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a RAIMUNDO CARVALHO                     d. The Fee for Service was:
   First Legal Support Services             e. I am. (3) registered California process server
   ATTORNEY SERVICES                            (i) Employee
   1138 HOWARD STREET                           (ii) Registration No.:    2005-0000968-00
   San Francisco, CA 94103                      (iii) County:             San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Aug 14, 2007

                                                                                (RAIMUNDO CARVALHO)
   Judicial Council Form POS-010              PROOF OF SERVICE                   6366084.thofr-fg.80938
   Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No 415-674-8600    FAX No: 415-674-9900 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: EL SOMBRERO, et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date | Time: | Dept/Div | Case Number<br>C 07 3033 EDL |
|---|---|---|---|---|

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SALVADOR A. VARGAS as follows:

2. Documents: Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/06/07 | 1:50pm | Business | SUBJECT IS NOT IN AT THIS TIME Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2101 UNIVERSITY AVENUE BERKELEY CA 94704. |
| Wed | 08/08/07 | 10:05am | Business | SUBJECT IS NOT IN AT THIS TIME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2101 UNIVERSITY AVENUE BERKELEY CA 94704. |
| Thu | 08/09/07 | 5:20pm | Business | Substituted Service on: SALVADOR A. VARGAS Business - 2101 UNIVERSITY AVENUE BERKELEY, CA. 94704 by leaving a copy of the document(s) with: JOSE "DOE", EMPLOYEE, Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: RAIMUNDO CARVALHO |
| Thu | 08/09/07 | | | Mailed copy of Documents to: SALVADOR A. VARGAS |

3. Person Executing
   a. RAIMUNDO CARVALHO
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct

Date: Tue, Aug. 14, 2007    AFFIDAVIT OF REASONABLE DILIGENCE    (RAIMUNDO CARVALHO)

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: EL SOMBRERO, et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 3033 EDL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Aug. 09, 2007
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: SALVADOR A VARGAS
      2101 UNIVERSITY AVENUE
      BERKELEY, CA 94704

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 09, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date. Tue, Aug. 14, 2007

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   (AARON DANIEL)
   6366084.thofr-fg.80938

# CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Salvador A. Vargas
2101 University Avenue
Berkeley, CA 94704

Agnes R. Reeves, Trustee
1650 Spruce Street
Berkeley, CA 94709

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 20, 2007, at San Francisco, California.

*Armetrice Cooper*
Armetrice Cooper
(Original signed)