THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>EL SOMBRERO: AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO;<br><br>　　　Defendants. | CASE NO. C07-3033-EDL<br><br>**RETURN OF SERVICE RE DEFENDANT** AGNES R. REEVES, as trustee for BEULAH MASTERSON |

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | | | | |
| | | Ref No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: EL SOMBRERO, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div. | Case Number:<br>C 07 3033 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served:  AGNES R. REEVES, as trustee for BEULAH MASTERSON

4. Address where the party was served:  1650 SPRUCE STREET
   BERKELEY, CA 94709

5. I served the party:
   a  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 21, 2007 (2) at: 7:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AGNES R. REEVES, as trustee for BEULAH MASTERSON
   Under CCP 416.70 (ward or conservatee)

7. Person Who Served Papers:
   a  RAIMUNDO CARVALHO
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. The Fee for Service was:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 22, 2007

   (RAIMUNDO CARVALHO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6360081.thofr-fg.82557

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al | | |
| Defendant: EL SOMBRERO, et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3033 EDL |
|---|---|---|---|---|

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant AGNES R. REEVES, as trustee for BEULAH MASTERSON as follows:

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 08/09/07 | 6:32pm | Home | NO ANSWER. NO ACTIVITY. NO CARS. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709. |
| Sat | 08/11/07 | 8:10am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: RAIMUNDO CARVALHO Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709 |
| Tue | 08/14/07 | 1:20pm | Home | NO ANSWER. NO ACTIVITY. BLINDS SHUT. BUICK IN THE DRIVE WAY Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709. |
| Thu | 08/16/07 | 9.00am | Home | NO ANSWER. NO CHANGE. Attempt made by: RAIMUNDO CARVALHO Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709. |
| Sat | 08/18/07 | 9.30am | Home | NO ANSWER. NO CHANGE. Attempt made by: RAIMUNDO CARVALHO Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709. |
| Sun | 08/19/07 | 11.00am | Home | NO ANSWER. NO CHANGE. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1650 SPRUCE STREET BERKELEY CA 94709. |
| Tue | 08/21/07 | 7:35pm | Home | Personal Service on: AGNES R. REEVES, as trustee for BEULAH MASTERSON Home - 1650 SPRUCE STREET BERKELEY, CA. 94709 by Serving. party in item 3.a. Served by: RAIMUNDO CARVALHO |

3. Person Executing
   a. RAIMUNDO CARVALHO
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No: 2005-0000968-00
      (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Wed, Aug 22, 2007   AFFIDAVIT OF REASONABLE DILIGENCE   (RAIMUNDO CARVALHO)

# CERTIFICATE OR PROOF OF SERVICE

State of California         )
                            ) ss
County of San Francisco     )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒ in first class U.S. Mail
    ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Salvador A. Vargas
2101 University Avenue
Berkeley, CA 94704

Agnes R. Reeves, Trustee
1650 Spruce Street
Berkeley, CA 94709

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 31, 2007, at San Francisco, California.

*Armetrice Cooper*
Armetrice Cooper
(Original signed)