1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>EL SOMBRERO; AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO;<br><br>    Defendants. | **CASE NO. C07-3033-EDL**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AGNES R. REEVES TO RESPOND TO COMPLAINT** |

Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS through their undersigned counsel, and defendant AGNES R. REEVES, as trustee for BEULAH MASTERSON, through her undersigned counsel, stipulate as follows:

1.    Defendant AGNES R. REEVES, as trustee for BEULAH MASTERSON, is granted an extension of time to and including October 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

///

///

STIPULATION EXTENDING TIME FOR DEFENDANT AGNES R. REEVES TO RESPOND TO COMPLAINT

2. In the event Defendant AGNES R. REEVES files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

4. With regard to compliance with the Court's General Order No. 56, the parties further stipulate to and respectfully request that the deadline for the parties' joint inspection of the premises be continued to October 29, 2007, and that all related dates thereto be so continued.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: October 3, 2007

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: October 1, 2007

WILLIAM D. RAUCH, JR.

By:  /s/ William D. Rauch, Jr.
William D. Rauch, Jr.
Attorneys for Defendant AGNES R. REEVES, as trustee for BEULAH MASTERSON

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2007

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge