1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and          )   CASE NO. C07-3033-EDL
   DISABILITY RIGHTS, ENFORCEMENT,          )
12 EDUCATION, SERVICES:HELPING YOU)             **REQUEST TO ENTER DEFAULT**
   HELP OTHERS, a California public benefit )
13 corporation,                             )
                                            )
14      Plaintiffs,                         )
                                            )
15 v.                                       )
                                            )
16 EL SOMBRERO; AGNES R. REEVES, as         )
   trustee for BEULAH MASTERSON;            )
17 SALVADOR A. VARGAS, an individual        )
   dba EL SOMBRERO;                         )
18                                          )
        Defendants.                         )
19                                          )

20
   TO:   THE CLERK OF THE ABOVE-ENTITLED COURT
21
        Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT
22
   EDUCATION SERVICES: HELPING YOU HELP OTHERS hereby request that the Clerk of
23
   the above-entitled Court enter default in this matter against defendant SALVADOR A.
24
   VARGAS, an individual dba EL SOMBRERO on the ground that said defendant has failed to
25
   respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.
26
        Plaintiff served the complaint and summons on defendant SALVADOR A. VARGAS,
27
   an individual dba EL SOMBRERO on August 9, 2007, as evidenced by the proof of service of
28

REQUEST TO ENTER DEFAULT                                                               1

1  summons on file with the Court. As of the date of this request, defendant has failed to file a
2  responsive pleading with the Court.
3      The above stated facts are set forth in the accompanying declaration of Thomas E.
4  Frankovich, filed herewith.

6  Dated: October 15, 2007

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
    Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION SERVICES

# CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**REQUEST TO ENTER DEFAULT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Peter M. Hart
Wright Robinson Osthimer & Tatum
44 Montgomery Street, 18th Floor
San Francisco, CA 94104

Salvador A. Vargas
2101 University Avenue
Berkeley, CA 94704

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 16, 2007, at San Francisco, California.

Maria V. Martinez
(Original signed)