THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900
Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>EL SOMBRERO; AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO;<br><br>    Defendants. | CASE NO. C07-3033-EDL<br><br>DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT |

I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in all the courts in the state of California and if called as a witness and duly sworn, I would and could competently testify to the following based upon my own personal knowledge:

1.   That I am the attorney of record for plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS.

2.   On August 9, 2007, defendant SALVADOR A. VARGAS, an individual dba EL SOMBRERO was served by substituted service with the complaint and summons in the above-

1 | entitled matter. Proof of service was filed with the Court on August 20, 2007, a copy of which
2 | is attached hereto as Exhibit A.
3 |     3.    On October 3, 2007, having received neither a responsive pleading nor any
4 | communication from the defendant, counsel for plaintiffs wrote to defendant advising him of
5 | the consequences of his failure to respond, and giving him an opportunity to respond before
6 | plaintiffs sought entry of default. A true and correct copy of this correspondence is attached
7 | hereto as Exhibit B. Plaintiffs have received no response from defendant to this
8 | correspondence.
9 |     4.    To my knowledge, as of the writing of this declaration, defendant SALVADOR
10 | A. VARGAS, an individual dba EL SOMBRERO, has failed to file any responsive pleading
11 | with the Court.
12 |     I declare under penalty of perjury that the foregoing is true and correct. Executed on this
13 | 15th day of October, 2007, at San Francisco, California.

                                          /s/
                                Thomas E. Frankovich

# CERTIFICATE OR PROOF OF SERVICE

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
　　☒ in first class U.S. Mail
　　☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Peter M. Hart
Wright Robinson Osthimer & Tatum
44 Montgomery Street, 18th Floor
San Francisco, CA 94104

Salvador A. Vargas
2101 University Avenue
Berkeley, CA 94704

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 16, 2007, at San Francisco, California.

Maria V. Martinez
(Original signed)

# EXHIBIT A

THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EL SOMBRERO; AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO;<br><br>Defendants. | CASE NO. C07-3033-EDL<br><br>RETURN OF SERVICE RE DEFENDANT SALVADOR A. VARGAS |

RETURN OF SERVICE RE DEFENDANT SALVADOR A. VARGAS

1

| Attorney or Party without Attorney: THOMAS E FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | For Court Use Only |
|---|---|
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | |
| | Ref No. or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: EL SOMBRERO, et al. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3033 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served                     SALVADOR A. VARGAS

4. Address where the party was served:    2101 UNIVERSITY AVENUE
                                          BERKELEY, CA 94704

5. I served the party:
   b. by substituted service. On: Thu., Aug. 09, 2007 at: 5:20PM by leaving the copies with or in the presence of:
      JOSE "DOE", EMPLOYEE, Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 140 Pounds
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a as an individual defendant

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                    d. The Fee for Service was:

   First Legal Support Services            e   I am: (3) registered California process server
         ATTORNEY SERVICES                         (i)   Employee
   1198 HOWARD STREET                              (ii)  Registration No.:   2005-0000968-00
   San Francisco, CA 94103                         (iii) County:             San Francisco
   (415) 626-3111, FAX (415) 626-1331

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Aug. 14, 2007

Judicial Council Form POS-010              PROOF OF SERVICE              (RAIMUNDO CARVALHO)
Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT                                 6366084.thofr-fg.80938

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: EL SOMBRERO, et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 3033 EDL |
|---|---|---|---|---|

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SALVADOR A. VARGAS as follows:

2. Documents: Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 08/06/07 | 1:50pm | Business | SUBJECT IS NOT IN AT THIS TIME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2101 UNIVERSITY AVENUE BERKELEY CA 94704. |
| Wed | 08/08/07 | 10:05am | Business | SUBJECT IS NOT IN AT THIS TIME. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 2101 UNIVERSITY AVENUE BERKELEY CA 94704. |
| Thu | 08/09/07 | 5:20pm | Business | Substituted Service on: SALVADOR A. VARGAS Business - 2101 UNIVERSITY AVENUE BERKELEY, CA. 94704 by leaving a copy of the document(s) with: JOSE "DOE", EMPLOYEE, Hispanic, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: RAIMUNDO CARVALHO |
| Thu | 08/09/07 | | | Mailed copy of Documents to: SALVADOR A. VARGAS |

3. Person Executing
   a. RAIMUNDO CARVALHO
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Tue, Aug 14, 2007    AFFIDAVIT OF REASONABLE DILIGENCE    (RAIMUNDO CARVALHO)

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: EL SOMBRERO, et al. | |

| **PROOF OF SERVICE** **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 3033 EDL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, ECF REGISTRATION INFORMATION HANDOUT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:      Thu., Aug. 09, 2007
   b. Place of Mailing:    SAN FRANCISCO, CA 94103
   c. Addressed as follows:   SALVADOR A. VARGAS
                              2101 UNIVERSITY AVENUE
                              BERKELEY, CA 94704

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 09, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Aug 14, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)
6306084.thofr-jg.80938

## CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒  by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒  in first class U.S. Mail
  ☐  in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐  by transmitting via facsimile to the fax number(s) set forth below.

☐  by causing personal delivery by Western Messenger Service.

☐  by personal hand-delivery.

addressed to:

Salvador A. Vargas　　　　　　　　　　　Agnes R. Reeves, Trustee
2101 University Avenue　　　　　　　　　1650 Spruce Street
Berkeley, CA 94704　　　　　　　　　　　Berkeley, CA 94709

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 20, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　_/s/ Armetrice Cooper_
　　　　　　　　　　　　　　　　Armetrice Cooper
　　　　　　　　　　　　　　　　(Original signed)

**Service of Process:**

3:07-cv-03033-EDL Yates et al v. El Sombrero et al
E-Filing

U.S. District Court
Northern District of California
Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Frankovich, Thomas entered on 8/20/2007 2:24 PM and filed on 8/20/2007

| | |
|---|---|
| **Case Name:** | Yates et al v. El Sombrero et al |
| **Case Number:** | 3:07-cv-3033 |
| **Filer:** | Craig Yates |
| | Disability Rights, Enforcement, Education, Services; Helping You Help Others |

**Document Number:** 3

**Docket Text:**
CERTIFICATE OF SERVICE by Craig Yates, Disability Rights, Enforcement, Education, Services; Helping You Help Others *Return of Service Re Def. Salvador A. Vargas* (Frankovich, Thomas) (Filed on 8/20/2007)

**3:07-cv-3033 Notice has been electronically mailed to:**

Thomas E. Frankovich    tfrankovich@disabilitieslaw.com

**3:07-cv-3033 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?998479469695435        8/20/2007

**Original filename:** G:\Cases\El Sombrero\PLEADINGS\EL SOMBRERO ROS.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/20/2007] [FileNumber=3685174-0]

[56df0d2ca99741959481dcad0eb16bc45873c95c0ccfa67177b068dc6c703f4e99ea0
34f6b85c36cadd552603e92f17cc47d296931d1bd5936fd043ef9d73683]]

# EXHIBIT B

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone 415-674-8600 • Facsimile: 415-674-9900 • TDD 415-441-6100

October 3, 2007

Salvador A. Vargas
2101 University Avenue
Berkeley, CA 94704

Re: *Craig Yates, et al. v. El Sombrero, et al.*
USDC N.D., California, Case No. C07-3033-EDL
Our Reference:   El Sombrero
Subject:   Default

Dear Mr. Vargas:

On August 9, 2007, you were sub-served with a complaint and summons in the above-reference lawsuit. As was indicated on the summons you received, you were required to respond to the complaint within 30 days. This means your response was due to the Court by September 10, 2007.

Your failure to timely respond to the complaint puts you at risk of having a default entered against you by the Court. A default means that you lose your opportunity to defend yourself and that a judgment can be entered against you. This judgment could, and would likely, include an order to renovate the El Sombrero Restaurant to make it accessible to persons with disabilities, and an award of monetary damages to plaintiff Craig Yates and Disability Rights Enforcement, Education Services. In addition, you would be responsible for paying all of the plaintiffs' attorneys' fees and costs.

If you have retained an attorney to represent you in this case, you should contact that person immediately to find out why a response has not been filed on your behalf. If you have not yet hired a lawyer, but intend to do so, please contact this office so that we can discuss an appropriate extension of time for you get counsel. Alternatively, if you plan to represent yourself, we must insist that you file your response with the Court and serve a copy of this response to this office immediately.

Please be advised that if we do not receive your response by October 12, 2007, we will have no choice but to file a request an entry of default. Therefore, we hope to hear from you soon.

Very truly yours,

Maria V. Martinez
Paralegal

/mvm

*Thomas E. Frankovich A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS