**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

October 18, 2007

RE:  CRAIG YATES, et al. -v- EL SOMBERO, et al., Case No. C-07-3033-EDL

**Default** is *entere*d as to **Defendant** *Salvador A. Vargas*, *an Individual, doing business as El Sombrero*  on October 18,  2007.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo  
       Deputy Clerk

NDC TR-4  Rev. 3/89