**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

       Plaintiff,

v.

EL SOMBERO, et al.,

       Defendants.
_____/

No. C 07-03033 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Case Management Conference is scheduled for February 5, 2008 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall file a joint case management statement no later than January 29, 2008.

Dated: December 14, 2007

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

by: _/s/ Lili M. Harrell_____
       Lili M. Harrell
       Courtroom Deputy