1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and          )   **CASE NO. C07-3033-EDL**
   DISABILITY RIGHTS, ENFORCEMENT,          )
12 EDUCATION, SERVICES:HELPING YOU)             **JOINT CASE MANAGEMENT**
   HELP OTHERS, a California public benefit )   **STATEMENT AND [PROPOSED] ORDER**
13 corporation,                             )
                                            )   **Date:       February 5, 2008**
14         Plaintiffs,                       )   **Time:       10:00 a.m.**
                                            )   **Judge:      Magistrate Laporte**
15 v.                                       )   **Courtroom:  E**
                                            )   **Location:   450 Golden Gate Avenue**
16 EL SOMBRERO; AGNES R. REEVES, as         )   **             San Francisco, CA**
   trustee for BEULAH MASTERSON;            )   **Telephone:  (415) 522-3694**
17 SALVADOR A. VARGAS, an individual        )
   dba EL SOMBRERO;                         )
18                                          )
           Defendants.                       )
19 _____)

20         The parties to the above-captioned action jointly submit this Case Management

21 Statement and [Proposed] Order and request the Court to adopt it as its Case Management

22 Order in this case.

23 **1.     JURISDICTION, VENUE & SERVICE**

24         **Jurisdiction:**   This Court has jurisdiction of this action pursuant to 28 U.S.C. §1331

25 for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, *et seq.*

26 Pursuant to supplemental jurisdiction, attendant and related causes of action, arising from the

27 same nucleus of operative facts and arising out of the same transactions, are also brought under

28 parallel California law, whose goals are closely tied with the ADA, including but not limited to

1   violations of California Civil Code §51, *et seq.* and § 54, *et seq.*, California Health & Safety

2   Code §19955 *et seq.*, including §19959; and Title 24, California Building Standards Code.

3       **Venue:**   Venue is proper in this court pursuant to 28 U.S.C. §1391(b) and is founded

4   on the facts that the real property which is the subject of this action is located in this district

5   at/near Berkeley, California, and that plaintiffs' causes of action arose in this district.

6       **Status of Service of Process:**

7       All parties to the action have been served.

8   **2.      BRIEF DESCRIPTION OF CASE/FACTS**

9       This is an action brought by plaintiffs for discrimination based upon the defendants'

10  alleged failure to comply with the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C.

11  §12101, *et seq.*, the Unruh Civil Rights Act, Cal. Civ. Code §§51 and 51.5, California Health

12  & Safety Code §19955, *et seq.*, and the California Disabled Persons Act, Cal. Civ. Code

13  §§54, 54.1 and 54.3, all of which relate to the denial of access to a place of public

14  accommodation.

15      Plaintiff CRAIG YATES is a person with a disability.  Plaintiff visited EL

16  SOMBRERO, a place of public accommodation, on several occasions.  While at EL

17  SOMBRERO, plaintiff allegedly encountered several architectural barriers to access, including

18  a lack of proper accessibility signage, an inaccessible service counter, and an inaccessible

19  restroom. Plaintiffs allege that the existence of these architectural barriers constitutes violations

20  of plaintiffs' civil rights under federal and state law, and caused plaintiff Craig Yates to suffer

21  actual harm at the hands of defendants.

22  **3.      PRINCIPAL LEGAL ISSUES IN DISPUTE**

23      a.      whether architectural barriers existed and/or continue to exist at EL

24              SOMBRERO which denied access to persons with disabilities;

25      b.      whether the removal of architectural barriers was/is readily achievable;

26  ///

27  ///

28  ///

c.    whether defendants made alterations and modifications to EL SOMBRERO which trigger compliance with certain State and federal disability access standards; and

d.    whether and to what extent plaintiff CRAIG YATES suffered actual damages at the hands of defendants.

**4.    MOTIONS**

If settlement efforts are unsuccessful, plaintiffs' anticipate bringing a motion for summary judgment on this issue of defendants' liability.

**5.    AMENDMENT OF PLEADINGS**

None anticipated at this time.

**6.    DISCLOSURES**

Plaintiffs have served their initial disclosures of evidence pursuant to Fed. R. Civ. P. 26. These disclosures included identification of known percipient witnesses, and production of receipts from the subject public accommodation.

**7.    DISCOVERY**

The parties request that the permissible number of interrogatories be increased to fifty (50) per party. Discovery shall otherwise be conducted pursuant to the limitations set-forth in the Federal Rules of Civil Procedure.

**8.    ALTERNATIVE DISPUTE RESOLUTION**

The ADR process to which the parties jointly request referral is court-sponsored mediation.

**9.    CONSENT TO MAGISTRATE JUDGE FOR TRIAL**

The parties consent to assignment of this case to a United States Magistrate Judge for trial purposes.

**10.    SCHEDULING**

| | |
|---|---|
| Non-Expert Discovery Cut-Off: | October 24, 2008 |
| Disclosure of Expert Witness: | June 6, 2008 |
| Expert Discovery Cut-off: | October 24, 2008 |

1    Last Day to Hear Motions:    December 2, 2008

2    Final Pretrial Conference:    January 6, 2009

3    Trial Date:    February 3, 2009

4    **11.    TRIAL**

5    **Anticipated length of trial:**  4 days

6    **Type of trial:**   X    jury    ___ court

7

8    Dated: January 28, 2008    THOMAS E. FRANKOVICH
9    *A PROFESSIONAL LAW CORPORATION*

10
    By:   /s/
11    Thomas E. Frankovich
    Attorneys for Plaintiffs CRAIG YATES and
12    DISABILITY RIGHTS ENFORCEMENT,
    EDUCATION SERVICES
13

14    DATED: January 28, 2008    SHEUERMAN, MARTINI & TABARI
15

16
    By:   /s/
17    James J. Zenere
    Attorneys for Defendant AGNES R. REEVES, as
18    trustee for BEULAH MASTERSON

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

2

**CASE MANAGEMENT ORDER**

3        The Case Management Statement and Proposed Order is hereby adopted by the Court

4   as the Case Management Order for the case and the parties are ordered to comply with this

5   Order.  In addition the Court orders:

6

7

8

9

10

11

DATED: _____, 2008

12

By:_____
13              Hon. Elizabeth D. Laporte
     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28