In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   February 5, 2008

Case No:  **C- 07-03033 EDL**

Case Name:  **CRAIG YATES v. EL SOMBERO**

    Attorneys:    Pltf: Thomas E. Frankovich    Deft:   James J. Zenere

    Deputy Clerk:  Lili M. Harrell        FTR digital recording:10:17am - 10:24am


**PROCEEDINGS:**                                                                  **RULING:**

1.  Initial Case Management Conference                          Held

2.


**ORDERED AFTER HEARING:** This matter is referred to the Court's ADR Program for mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 8/12/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 2/29/08
Discovery cutoff: 10/24/08
Initial expert disclosure deadline: 6/6/08
Rebuttal expert disclosure deadline: 6/20/08
Expert discovery cutoff: 10/24/08
Dispositive Motion filing deadline:10/28/08
Dispositive Motions hearing date: 12/02/08 at 9:00am
Pretrial Conference: 2/10/09 at 2:00pm
Trial: 3/2/09 at 8:30 a.m., set for 4 days.
    [X] Jury  [ ]  Court

Notes:

cc:  ADR