**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Yates,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>El Sombrero,<br><br>　　　　　　Defendant(s). | 07-03033 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Robin W. Siefkin**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-4636
> Robin_Siefkin@cand.uscourts.gov

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-03033 EDL MED　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03033 EDL MED                    - 2 -