THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone:   415/444-5800
Facsimile:   415/444-5805

Attorneys for Plaintiffs
CRAIG YATES and DISABILITY
RIGHTS ENFORCEMENT,
EDUCATION, SERVICES:
HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EL SOMBRERO; AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO;<br><br>　　　　Defendants. | **CASE NO. C07-3033 EDL**<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

　　　Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein. The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than October 6, 2008.

Dated: August 6, 2008　　　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*


　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

NOTICE OF SETTLEMENT