1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  CRAIG YATES, an individual; and              )   **CASE NO. C07-3033-EDL**
    DISABILITY RIGHTS, ENFORCEMENT,              )
    EDUCATION, SERVICES:HELPING YOU              )   **STIPULATION OF DISMISSAL AND**
13  HELP OTHERS, a California public benefit     )   **[PROPOSED] ORDER THEREON**
    corporation,                                 )
14                                               )
         Plaintiffs,                             )
15                                               )
    v.                                           )
16                                               )
    EL SOMBRERO; AGNES R. REEVES, as             )
17  trustee for BEULAH MASTERSON;                )
    SALVADOR A. VARGAS, an individual            )
18  dba EL SOMBRERO;                             )
                                                 )
19       Defendants.                             )
    _____         )
20

21      The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23  Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own

24  costs and attorneys' fees.  The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: August 13, 2008     THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

10  By: _____/s/_____
                              THOMAS E. FRANKOVICH
                              Attorneys for Plaintiffs CRAIG YATES and
                              DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                              SERVICES:HELPING YOU HELP OTHERS, a California
                              public benefit corporation

14  Dated: _____     SHEUERMAN MARTINI & TABARI

16  By: _____
                              James J. Zenere
                              Attorneys for Defendant AGNES R. REEVES, as
                              trustee for BEULAH MASTERSON

19  Dated: _____     IN PRO PER

21  By: _____
                              Defendant SALVADOR A. VARGAS, an
                              individual dba EL SOMBRERO

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: _____   THOMAS E. FRANKOVICH
                             A PROFESSIONAL LAW CORPORATION

10 By: _____
        THOMAS E. FRANKOVICH
        Attorneys for Plaintiffs CRAIG YATES and
11      DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
        SERVICES:HELPING YOU HELP OTHERS, a California
12      public benefit corporation

14 Dated: 5/5/08              SHEUERMAN MARTINI & TABARI

16 By: _____
        James _____
17      Attorneys for Defendant AGNES R. REEVES, as
        trustee for BEULAH MASTERSON

19 Dated: 7 25 08             IN PRO PER

21 By: _____
        Defendant SALVADOR A. VARGAS, an
22      individual dba EL SOMBRERO

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

DATED: _____, 2008

Hon. Elizabeth D. Laporte
United States Magistrate Judge