IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>EL SOMBERO,<br><br>    Defendant.<br>_____/ | No. C-07-03033 EDL<br><br>**REPORT AND RECOMMENDATION** |

On August 13, 2008, the parties stipulated to dismissal of this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a) with the Court retaining jurisdiction to enforce the settlement. Given the parties' stipulated agreement and proposed order, the Court recommends ordering the stipulated dismissal and retention of jurisdiction. The Court makes this recommendation because, while Plaintiffs and Defendant Reeves consented, despite efforts to contact defaulted Defendant Salvador Vargas (who did sign the stipulation), Mr. Vargas has not filed a form indicating his consent or declination.

**IT IS SO RECOMMENDED.**

Dated: September 16, 2008

                                                    _____
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge