**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 CRAIG YATES,                                    No. C-07-03033  EDL

9          Plaintiff,                          **ORDER FOR REASSIGNMENT**

10    v.

11 EL SOMBERO,

12          Defendant.
                                        /
13

14      In view of the Report and Recommendation filed on September 16, 2008, the clerk shall

15 REASSIGN the above-captioned case immediately to a district court judge.

16      **IT IS SO ORDERED.**

17 Dated: September 16, 2008

18                                    _Elizabeth D. Laporte_
                                       ELIZABETH D. LAPORTE
                                       United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28