| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA 94903 |
| | Telephone:    415/674-8600 |
| 4 | Facsimile:    415/674-9900 |
| 5 | Attorneys for Plaintiffs |
| 6 | CRAIG YATES<br>and DISABILITY RIGHTS |
| 7 | ENFORCEMENT, EDUCATION,<br>SERVICES: HELPING YOU |
| 8 | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | CASE NO. C07-3033-~~EDL~~  CRB<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |
| Plaintiffs, | |
| v. | |
| EL SOMBRERO; AGNES R. REEVES, as trustee for BEULAH MASTERSON; SALVADOR A. VARGAS, an individual dba EL SOMBRERO; | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4    This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: August 13, 2008          THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*

10                                By: _____/s/_____
                                        THOMAS E. FRANKOVICH
                                  Attorneys for Plaintiffs CRAIG YATES and
11                                DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                  SERVICES:HELPING YOU HELP OTHERS, a California
12                                public benefit corporation

14 Dated: _____          SHEUERMAN MARTINI & TABARI

16                                By: _____
                                        James J. Zenere
17                                Attorneys for Defendant AGNES R. REEVES, as
                                  trustee for BEULAH MASTERSON

19 Dated: _____          IN PRO PER

21                                By: _____
                                        Defendant SALVADOR A. VARGAS, an
22                                individual dba EL SOMBRERO

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                              -2-

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4      This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

6

7  Dated: _____          THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*
8

9
                                  By: _____
10                                      THOMAS E. FRANKOVICH
                                  Attorneys for Plaintiffs CRAIG YATES and
11                                DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                  SERVICES:HELPING YOU HELP OTHERS, a California
12                                public benefit corporation

13

14  Dated: 5/5/08                  SHEUERMAN MARTINI & TABARI

15

16                                 By: _____
                                        James F. Zeliere
17                                 Attorneys for Defendant AGNES R. REEVES, as
                                   trustee for BEULAH MASTERSON
18

19  Dated: 7 25 08                 IN PRO PER

20

21                                 By: _____
                                        Defendant SALVADOR A. VARGAS, an
22                                      individual dba EL SOMBRERO

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

DATED:   October 01    , 2008



IT IS SO ORDERED
Judge Charles R. Breyer